

# United States District Court
# Eastern District of California

| | |
|---|---|
| Tahoe Forest Hospital District | |
| Plaintiff(s) | Case Number: 2:21-CV-01705-TLN-CKD |
| V. | |
| Modernizing Medicine, Inc.; and Does 1-20, inclusive | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert M. Kline hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Modernizing Medicine, Inc.

On October 4, 2007 (date), I was admitted to practice and presently in good standing in the Supreme Court of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____    Signature of Applicant: /s/ _____
Robert M. Kline



**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Robert M. Kline |
| Law Firm Name: | McDermott Will & Emery LLP |
| Address: | 333 Avenue of the Americas, Suite 4500 |
| City: | Miami     State: FL     Zip: 33131 |
| Phone Number w/Area Code: | 305-358-3500 |
| City and State of Residence: | 305-347-6500 |
| Primary E-mail Address: | rkline@mwe.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Laurie Baddon |
| Law Firm Name: | McDermott Will & Emery LLP |
| Address: | 2049 Century Park East, Suite 3200 |
| City: | Los Angeles     State: CA     Zip: 90067 |
| Phone Number w/Area Code: | 310-277-4110     Bar #: 299106 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 24, 2021

*/s/ Troy L. Nunley*
JUDGE, U.S. DISTRICT COURT
Troy L. Nunley

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 2



# PROOF OF SERVICE

I, Cindy Liu, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2049 Century Park East, Suite 3200, Los Angeles, CA 90067-3206. On September 23, 2021, I served a copy of the within document(s):

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER FOR ROBERT MICHAEL KLINE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

*Counsel for Plaintiff, Tahoe Forest Hospital District:*

| | |
|---|---|
| Daivd J. Ruderman, Esq.<br>Pamela K. Graham, Esq.<br>Alena Shamos, Esq.<br>COLANTUONO, HIGHSMITH & WHATLEY, PC<br>420 Sierra College Drive, Suite 140<br>Grass Valley, CA 95945-5091<br>Tel: 530-432-7357<br>Fax: 530432-7356<br>Emails:   druderman@chwlaw.us<br>             pgraham@chwlaw.us<br>             ashamos@chwlaw.us | Matthew Mushet, Esq.<br>In-House Counsel<br>TAHEO FOREST HOSPITAL DISTRICT<br>10121 Pine Avenue<br>Truckee, CA 96160<br>Tel: 530-582-6384<br>Fax: 530-582-3567<br>Email: mmushet@tfhd.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

McDermott Will & Emery LLP
Attorneys At Law
San Francisco

1

PROOF OF SERVICE

1  Executed on September 23, 2021, at Los Angeles, California.

*[signature]*
Cindy Liu



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )         In Re:  0046363
Robert Michael Kline
McDermott Will & Emery LLP
333 Avenue of the Americas 333 SE 2nd Ave Ste 4500
Miami, FL 33131-2184

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 4, 2007**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 7th day of **September**, 2021.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-149984

